```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-27-2016
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CELIO N. LLIGUICHUZHCA, RUBEN                :
HERNANDEZ, ERIK FERNANDO GONZALEZ,           :   16-CV-127
and HOMAR FLORES RAMALES, on behalf of       :
themselves and other similarly situated employees, :   **STIPULATION EXTENDING**
                                             :   **TIME TO ANSWER OR**
              Plaintiff,                     :   **OTHERWISE RESPOND TO**
                                             :   **COMPLANT**
       - against -                           :
                                             :
FOOD FOR HEALTH, INC., and YOUCEF            :
GUERNAH,                                     :
                                             :
              Defendants.
-------------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties in the above-captioned action that Defendants' time to answer or otherwise respond to the Complaint is extended until and including March 4, 2016. This stipulation may be executed in counterparts by facsimile or e-mail, each of which shall constitute a part of the original.

Dated: New York, New York
       January 26, 2016

_____           _____
Jesse Grasty (JG 5357)                    Peter H. Cooper (PHC 47142)
**KLEIN ZELMAN ROTHERMEL**                **CILENTI & COOPER, PLLC**
**JACOBS & SCHESS LLP**                   708 Third Avenue – 6th Flood
485 Madison Avenue, 13th Floor            New York, New York 10017
New York, NY 10022                        (212) 209-3933
(212) 935-6020                            *Attorneys for Plaintiffs*
*Attorneys for Defendants*

**SO ORDERED:**

_____ 1/27/16
**U.S.D.J.**

{00124278;1}